# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-20327-CIV-COOKE/O'SULLIVAN

**PANTECH CORPORATION,**

    **Plaintiff,**

vs.

**BLU PRODUCTS, INC.,**

    **Defendant.**

_____/

## SUPPLEMENTAL MEDIATION REPORT

In accordance with S.D. Fla. L. R. 16.2(f), the undersigned mediator reports that the parties reached a settlement subject to completion of mutually acceptable settlement papers.

Dated: September 3, 2021
      Miami, Florida

Respectfully submitted,

   s/ Brian F. Spector
Brian F. Spector
brian@bspector.com
BRIAN F. SPECTOR, LLC
13551 S.W. 57th Court
Miami, Florida 33156-7235
Telephone 305.666.1664

*"No certificate of service is required
when a paper is served by filing it with
the court's electronic-filing system."* Fed.R.Civ.P. 5(d)(1)(B).